# Court of Appeals
# of the State of Georgia

ATLANTA,  March 10, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0380. KEISHA THOMAS v. MARBLE HOUSE MANAGEMENT.

In November 2025, the magistrate court entered a money judgment for rent owed to Marble House Management against Keisha Thomas. On December 8, 2025, the magistrate court entered a consent judgment setting for a payment plan to satisfy the money judgment. Thomas then filed this application for discretionary appeal on February 24, 2026.

Ordinarily, the only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41(b), which provides for appellate review in the state or superior court. See *Tate v. Habif*, 367 Ga. App. 435, 438–39(2) (886 SE2d 389) (2023). Thus, this Court has jurisdiction to address a magistrate court order only if the order has been reviewed by a state or superior court. See *Harris v. Reserve at Hollywood LLC*, 376 Ga. App. 553, 553 (920 SE2d 163) (2025).

The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; accord Court of Appeals Rule 11(b). As such, this Court at times has transferred applications seeking review of magistrate court orders back to the magistrate court with direction to send the case to state or superior court. Here, however, Thomas's application is untimely because it was filed more than 30 days after entry of the magistrate court's order. See OCGA § 5-6-38(a) (a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed). The deadlines for filing applications for discretionary appeal are jurisdictional, and this Court cannot accept

an application not made in compliance therewith. *Harris*, 376 Ga. App. at 553. Thus, we decline to transfer this case back to magistrate court with direction to send the case to state or superior court. Rather, this untimely application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   03/10/2026                    *
            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*